IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NORTHERN NATURAL GAS COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>80 ACRES OF LAND IN THURSTON COUNTY, NEBRASKA, UNITED STATES OF AMERICA, PATRICIA E. ABATANGELO, CORA N. SOLOMON, MARIANNE SOLOMON WIGGANS, CHRISTINE MARIE SOLOMON, KATHERINE SOLOMON, WILBUR SOLOMON, MICHAEL ANDREW SOLOMON, NOLAN J. SOLOMON, and UNKNOWN OWNERS,<br><br>Defendants. | 8:17CV328<br><br>ORDER OF RECUSAL |

This matter is before the court on the court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Upon review of the parties and the record in the above-designated case, the undersigned judge shall, and hereby does, recuse himself from the above-designated case pursuant to 28 U.S.C. § 455(a).

SO ORDERED.

Dated this 22nd day of September, 2017.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge