# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NORTHERN NATURAL GAS COMPANY,<br><br>    Plaintiff,<br><br>vs.<br><br>80 ACRES OF LAND IN THURSTON COUNTY, NEBRASKA, UNITED STATES OF AMERICA, PATRICIA E. ABATANGELO, CORA N. SOLOMON, MARIANNE SOLOMON WIGGANS, CHRISTINE MARIE SOLOMON, KATHERINE SOLOMON, WILBUR SOLOMON, MICHAEL ANDREW SOLOMON, NOLAN J. SOLOMON, and UNKNOWN OWNERS,<br><br>    Defendants. | 8:17CV328<br><br>ORDER |

Pursuant to the Orders of Recusal, ECF Nos. 8, 9,

IT IS ORDERED that this case is reassigned to District Judge John M. Gerrard for disposition and to Magistrate Judge Cheryl R. Zwart for judicial supervision and processing of all pretrial matters.

Dated this 22nd day of September, 2017.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge