IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NORTHERN NATURAL GAS COMPANY, <br><br> Plaintiff, <br><br> vs. <br><br> 80 ACRES OF LAND IN THURSTON COUNTY, NEBRASKA, UNITED STATES OF AMERICA, PATRICIA E. ABATANGELO, CORA N. SOLOMON, MARIANNE SOLOMON WIGGANS, CHRISTINE MARIE SOLOMON, KATHERINE SOLOMON, WILBUR SOLOMON, MICHAEL ANDREW SOLOMON, NOLAN J. SOLOMON, and UNKNOWN OWNERS, <br><br> Defendants. | **8:17CV328** <br><br><br> **ORDER** |

Based on the information in and supporting Plaintiff's motion, Plaintiff has diligently attempted to serve Defendant Cora N. Solomon, both personally and by certified mail. Those attempts were unsuccessful. Under such circumstances, service by first class mail to Defendant Solomon at her last known residential address, and by leaving a copy at Solomon's residential address, are the best alternative means for providing Defendant Solomon with actual notice and an opportunity to respond to this litigation.

Accordingly,

IT IS ORDERED:

1)      Plaintiff's motion for leave to effectuate alternative service, (Filing No. 12), is granted.

2)      Plaintiff is granted leave to serve the Complaint for Condemnation on Cora M. Solomon by having the Thurston County Sheriff deliver a copy to Solomon's last known address, and by first class mail, postage prepaid, to Defendant Solomon at Solomon's last known address.

November 16, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge