IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NORTHERN NATURAL GAS COMPANY, | |
| Plaintiff, | 8:17-CV-328 |
| vs. | ORDER |
| 80 ACRES OF LAND IN THURSTON COUNTY, NEBRASKA, et al., | |
| Defendants. | |

This matter is before the Court on its own motion, upon review of the "Pro Se Defendant Response to Amended Complaint (Doc #26) and Submits Motion to Dismiss the Condemnation Proceeding in Its Entirety" (filing 32) filed by defendant Nolan J. Solomon. Although the document was electronically filed as a reply to the plaintiff's motion for leave to file an amended complaint (filing 26), it appears to the Court that the filing is meant to be an answer and motion to dismiss the amended complaint (filing 30). But because the only pleading permitted to raise an objection or defense to a complaint for condemnation is an answer, *see* Fed. R. Civ. P. 71.1(e)(2), the Court will construe filing 32 to be an answer to the amended complaint. *See City of Davenport, Iowa v. Three-Fifths of an Acre of Land, More or Less, in City of Moline, Ill.*, 147 F. Supp. 794, 796 (S.D. Ill. 1957), *aff'd*, 252 F.2d 354 (7th Cir. 1958). Therefore,

    IT IS ORDERED that the Clerk of the Court shall amend the docket entry for filing 32 to represent that the document is an answer to the plaintiff's amended complaint (filing 30).

Dated this 2nd day of March, 2018.

BY THE COURT:

_____
John M. Gerrard
United States District Judge