IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

NORTHERN NATURAL GAS
COMPANY,

Plaintiff,

vs.

80 ACRES OF LAND IN THURSTON
COUNTY, NEBRASKA; et al.,

Defendants.

8:17-CV-328

ORDER

Upon inquiry from the Clerk of the Court, IT IS ORDERED that funds payable to Katherine Solomon, whereabouts unknown, be sent to:

Katherine Solomon
C/O Bureau of Indian Affairs
Rt 1 Box 18
Winnebago, NE 68071

Dated this 13th day of December, 2018.

BY THE COURT:

John M. Gerrard
Chief United States District Judge